990

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert PADGETT, a/k/a Snoop,
Defendant–Appellant.**

No. 03–6343.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided April 24, 2003.

Robert Padgett, Appellant Pro Se. Lisa Annette Green, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Padgett seeks to appeal the district court's order denying relief on his motion under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Padgett has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*